**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 1**

| |
|---|
| LLC SALES, INC. D/B/A LITELINE USA **Plaintiff,** **v.** **UNITED STATES,** **Defendant.** |

**S U M M O N S**

**Court No.**  25-178

**TO:**     The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ **Mario Toscano**
Clerk of the Court

## PROTEST

| | | | |
|---|---|---|---|
| Port(s) of Entry: | 0901, 3801, 3802, 3071, 3004, 0712 | Center (if known): | Consumer Products & Mass Merchandising - CEE008 |
| Protest Number: | 0901-24-104413 3071-23-100138 | Date Protest Filed: | 02/15/2024 11/27/2023 |
| Importer: | LLC Sales Inc. dba Liteline USA | Date Protest Denied: | 02/18/2025 03/13/2025 |
| Category of Merchandise: | LED  lighting products | | |

## ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| see attached | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

John M. Peterson
Patrick B. Klein
NEVILLE PETERSON LLP
55 Broadway,1 Exchange Plaza
New York, NY  10006
Tel: 212-635-2730
email: jpeterson@npwny.com

Name, Address**,** Telephone Number and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | goods appraised at estimated entered values | |
| Protest Claim: | goods should be liquidated based on final transfer prices. | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| | | | | |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/John M. Peterson
_____
*Signature of Plaintiff's Attorney*

August 8, 2025
_____
*Date*

**SCHEDULE OF PROTESTS**

CEE008 Consumer Products and Mass Merchandising

| | Date Protest Filed | Date Protest Denied | Entry Number | Entry Date | Liquidation Date | Port Code |
|---|---|---|---|---|---|---|
| **Protest No.** | | | | | | |
| 90124104413 | 2/15/2024 | 2/18/2025 | 30034669889 | 10/4/2022 | 9/1/2023 | 901 |
| | | | 30034740573 | 10/5/2022 | 9/1/2023 | 901 |
| | | | 30034740904 | 10/6/2022 | 9/8/2023 | 901 |
| | | | 30034794232 | 10/6/2022 | 9/8/2023 | 3801 |
| | | | 30034825556 | 10/6/2022 | 9/8/2023 | 3071 |
| | | | 30034882912 | 10/12/2022 | 9/8/2023 | 901 |
| | | | 30035026360 | 10/19/2022 | 9/15/2023 | 712 |
| | | | 30035125923 | 10/19/2022 | 9/15/2023 | 901 |
| | | | 30035162470 | 10/20/2022 | 9/15/2023 | 3801 |
| | | | 30035175316 | 10/25/2022 | 9/22/2023 | 901 |
| | | | 30035183575 | 10/21/2022 | 9/15/2023 | 3801 |
| | | | 30035218991 | 10/22/2022 | 9/22/2023 | 3801 |
| | | | 30035221201 | 10/22/2022 | 9/22/2023 | 3801 |
| | | | 30035331943 | 10/27/2022 | 9/22/2023 | 901 |
| | | | 30035332933 | 10/27/2022 | 9/22/2023 | 3801 |
| | | | 30035333048 | 10/27/2022 | 9/22/2023 | 3801 |
| | | | 30035333246 | 10/26/2022 | 9/22/2023 | 901 |
| | | | 30035334079 | 10/27/2022 | 9/22/2023 | 712 |
| | | | 30035348665 | 10/26/2022 | 9/22/2023 | 3071 |
| | | | 30035363888 | 10/27/2022 | 9/22/2023 | 3004 |
| | | | 30035839267 | 11/2/2022 | 9/29/2023 | 3801 |
| | | | 30035840091 | 11/2/2022 | 9/29/2023 | 901 |
| | | | 30035867698 | 11/3/2022 | 9/29/2023 | 3801 |
| | | | 30035876079 | 11/3/2022 | 9/29/2023 | 901 |
| | | | 30035889577 | 11/4/2022 | 10/6/2023 | 712 |
| | | | 30035980608 | 11/8/2022 | 10/6/2023 | 901 |
| | | | 30036028605 | 11/8/2022 | 10/6/2023 | 3801 |
| | | | 30036062497 | 11/10/2022 | 10/13/2023 | 712 |
| | | | 30036071621 | 11/9/2022 | 10/6/2023 | 3071 |
| | | | 30036119214 | 11/9/2022 | 10/6/2023 | 3071 |
| | | | 30036119321 | 11/10/2022 | 10/13/2023 | 901 |
| | | | 30036165761 | 11/13/2022 | 10/13/2023 | 901 |
| | | | 30036274654 | 11/16/2022 | 10/13/2023 | 901 |
| | | | 30036318659 | 11/16/2022 | 10/13/2023 | 3801 |
| | | | 30036325365 | 11/15/2022 | 10/13/2023 | 3071 |

**SCHEDULE OF PROTESTS**

CEE008 Consumer Products and Mass Merchandising

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | 30036341339 | 11/18/2022 | 10/20/2023 | 3801 |
|  |  |  | 30036358820 | 11/24/2022 | 10/20/2023 | 3071 |
|  |  |  | 30036359869 | 11/17/2022 | 10/27/2023 | 3071 |
|  |  |  | 30036375238 | 11/17/2022 | 10/13/2023 | 901 |
|  |  |  | 30036415224 | 11/19/2022 | 10/20/2023 | 3801 |
|  |  |  | 30036440552 | 11/21/2022 | 10/20/2023 | 3801 |
|  |  |  | 30036458398 | 11/22/2022 | 10/20/2023 | 3004 |
|  |  |  | 30036459107 | 11/23/2022 | 10/20/2023 | 901 |
|  |  |  | 30036460535 | 11/23/2022 | 10/20/2023 | 901 |
|  |  |  | 30036998245 | 11/28/2022 | 10/27/2023 | 3801 |
|  |  |  | 30037016807 | 11/28/2022 | 10/27/2023 | 3801 |
|  |  |  | 30037028398 | 11/24/2022 | 10/20/2023 | 3802 |
|  |  |  | 30037037373 | 11/24/2022 | 10/20/2023 | 3071 |
|  |  |  | 30037065028 | 11/26/2022 | 10/27/2023 | 901 |
|  |  |  | 30037081520 | 12/1/2022 | 10/27/2023 | 3401 |
|  |  |  | 30037145549 | 11/29/2022 | 10/27/2023 | 3071 |
|  |  |  | 30037205855 | 12/2/2022 | 11/3/2023 | 901 |
|  |  |  | 30037230150 | 12/5/2022 | 11/3/2023 | 3801 |
|  |  |  | 30037248541 | 12/3/2022 | 11/3/2023 | 901 |
|  |  |  | 30037251404 | 12/7/2022 | 11/3/2023 | 712 |
|  |  |  | 30037657493 | 12/7/2022 | 11/3/2023 | 3071 |
|  |  |  | 30037705102 | 12/10/2022 | 11/3/2023 | 901 |
|  |  |  | 30037759737 | 12/13/2022 | 11/10/2023 | 901 |
|  |  |  | 30037932268 | 12/13/2022 | 11/10/2023 | 3071 |
|  |  |  | 30060943190 | 10/18/2022 | 9/15/2023 | 901 |
|  |  |  | 30060963206 | 10/18/2022 | 9/15/2023 | 901 |
|  |  |  | 30060963214 | 10/22/2022 | 9/22/2023 | 3802 |
|  |  |  | 30061016095 | 10/21/2022 | 9/15/2023 | 901 |
|  |  |  | 30061020311 | 10/20/2022 | 9/15/2023 | 901 |
|  |  |  | 30061024214 | 10/24/2022 | 9/22/2023 | 3004 |
|  |  |  | 30061040657 | 10/24/2022 | 9/22/2023 | 901 |
|  |  |  | 30061054500 | 10/24/2022 | 9/22/2023 | 901 |
|  |  |  | 30061082337 | 10/24/2022 | 9/22/2023 | 901 |
|  |  |  | 30061095941 | 10/26/2022 | 9/22/2023 | 3004 |
|  |  |  | 30061097434 | 10/26/2022 | 9/22/2023 | 3801 |
|  |  |  | 30061097467 | 10/26/2022 | 9/22/2023 | 3801 |
|  |  |  | 30061104776 | 10/26/2022 | 9/22/2023 | 901 |
|  |  |  | 30061119857 | 10/27/2022 | 9/22/2023 | 3802 |
|  |  |  | 30061163509 | 10/28/2022 | 9/22/2023 | 901 |
|  |  |  | 30061172005 | 10/30/2022 | 9/22/2023 | 3004 |

**SCHEDULE OF PROTESTS**

CEE008 Consumer Products and Mass Merchandising

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | 30061180024 | 10/29/2022 | 9/22/2023 | 3801 |
| | | | 30061199628 | 10/30/2022 | 9/22/2023 | 901 |
| | | | 30061252104 | 11/6/2022 | 10/6/2023 | 3401 |
| | | | 30061284412 | 11/2/2022 | 9/29/2023 | 901 |
| | | | 30061383958 | 11/9/2022 | 10/6/2023 | 3801 |
| | | | 30061401107 | 11/9/2022 | 10/6/2023 | 3004 |
| | | | 30061512010 | 11/16/2022 | 10/13/2023 | 712 |
| | | | 30061517944 | 11/18/2022 | 10/20/2023 | 712 |
| | | | 30061517977 | 11/16/2022 | 10/13/2023 | 901 |
| | | | 30061518322 | 11/16/2022 | 10/13/2023 | 3801 |
| | | | 30061581296 | 11/19/2022 | 10/20/2023 | 3801 |
| | | | 30061595676 | 11/21/2022 | 10/20/2023 | 901 |
| | | | 30061692531 | 11/27/2022 | 10/27/2023 | 901 |
| | | | 30061697449 | 11/24/2022 | 10/20/2023 | 901 |
| | | | 30061766277 | 11/30/2022 | 10/27/2023 | 3801 |
| | | | 30061774974 | 11/30/2022 | 10/27/2023 | 901 |
| | | | 30061786176 | 12/4/2022 | 11/3/2023 | 3802 |
| | | | 30061801736 | 12/2/2022 | 11/3/2023 | 901 |
| | | | 30061840668 | 12/2/2022 | 11/3/2023 | 901 |
| | | | 30061851889 | 12/5/2022 | 11/3/2023 | 3004 |
| | | | 30061864106 | 12/10/2022 | 11/10/2023 | 3802 |
| | | | 30061880490 | 12/5/2022 | 11/3/2023 | 901 |
| | | | 30062065018 | 12/15/2022 | 11/17/2023 | 901 |
| | | | 30089485991 | 12/9/2022 | 11/3/2023 | 901 |
| | | | 30097586052 | 8/30/2022 | 7/28/2023 | 4601 |
| | | | SCS46088350 | 10/19/2022 | 9/8/2023 | 3801 |
| | | | SCS54651610 | 12/9/2022 | 11/3/2023 | 3004 |
| | | | SCS54778439 | 12/10/2022 | 11/3/2023 | 901 |
| | | | SCS54830412 | 12/9/2022 | 11/3/2023 | 901 |
| | | | SCS54832152 | 12/10/2022 | 11/3/2023 | 3801 |
| | | | SCS54928323 | 12/13/2022 | 11/3/2023 | 901 |
| | | | SCS54929008 | 12/13/2022 | 11/3/2023 | 901 |
| | | | SCS54931616 | 12/12/2022 | 11/3/2023 | 901 |
| | | | SCS54971497 | 12/12/2022 | 11/3/2023 | 901 |
| | | | SCS54977163 | 12/13/2022 | 11/3/2023 | 901 |
| | | | SCS55204112 | 12/15/2022 | 11/10/2023 | 3801 |
| | | | SCS55339553 | 12/15/2022 | 11/10/2023 | 3801 |
| | | | SCS55389764 | 12/14/2022 | 11/10/2023 | 3801 |
| | | | SCS55618220 | 12/15/2022 | 11/10/2023 | 901 |
| | | | SCS55689676 | 12/16/2022 | 11/10/2023 | 901 |

**SCHEDULE OF PROTESTS**

CEE008 Consumer Products and Mass Merchandising

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | SCS55893674 | 12/19/2022 | 11/10/2023 | 901 |
| | | | SCS56051520 | 12/17/2022 | 11/10/2023 | 901 |
| | | | SCS56133781 | 12/20/2022 | 11/17/2023 | 901 |
| | | | SCS56347191 | 12/20/2022 | 11/17/2023 | 3801 |
| | | | | | | |
| 307123100138 | 11/27/2023 | 3/13/2025 | 30033457161 | 8/30/2022 | 7/28/2023 | 3802 |
| | | | 30033588296 | 9/1/2022 | 7/28/2023 | 3802 |
| | | | 30033677198 | 9/6/2022 | 8/4/2023 | 3802 |
| | | | 30033753999 | 9/7/2022 | 8/4/2023 | 901 |
| | | | 30033838709 | 9/12/2022 | 8/11/2023 | 901 |
| | | | 30033839483 | 9/12/2022 | 8/11/2023 | 901 |
| | | | 30033840044 | 9/12/2022 | 8/11/2023 | 901 |
| | | | 30033845555 | 9/13/2022 | 8/11/2023 | 901 |
| | | | 30033916935 | 9/15/2022 | 9/15/2023 | 3801 |
| | | | 30033938954 | 9/14/2022 | 8/11/2023 | 901 |
| | | | 30033976251 | 9/19/2022 | 8/18/2023 | 3004 |
| | | | 30034041899 | 9/17/2022 | 8/11/2023 | 901 |
| | | | 30034126500 | 9/23/2022 | 8/18/2023 | 901 |
| | | | 30034129157 | 9/26/2022 | 8/25/2023 | 3801 |
| | | | 30034138208 | 9/22/2022 | 8/18/2023 | 901 |
| | | | 30034138448 | 9/21/2022 | 8/18/2023 | 3801 |
| | | | 30034208654 | 9/27/2022 | 8/25/2023 | 901 |
| | | | 30034451387 | 9/27/2022 | 8/25/2023 | 901 |
| | | | 30034583346 | 9/29/2022 | 9/1/2023 | 3004 |
| | | | 30034639577 | 9/30/2022 | 9/1/2023 | 3801 |
| | | | 30060028232 | 9/6/2022 | 8/4/2023 | 3801 |
| | | | 30060062850 | 9/6/2022 | 8/4/2023 | 901 |
| | | | 30060066422 | 9/8/2022 | 8/4/2023 | 901 |
| | | | 30060098920 | 9/9/2022 | 8/4/2023 | 901 |
| | | | 30060102144 | 9/9/2022 | 8/4/2023 | 901 |
| | | | 30060118843 | 9/9/2022 | 8/4/2023 | 3802 |
| | | | 30060149491 | 9/10/2022 | 8/4/2023 | 3801 |
| | | | 30060224856 | 9/14/2022 | 8/11/2023 | 3801 |
| | | | 30060239961 | 9/18/2022 | 8/18/2023 | 901 |
| | | | 30060243666 | 9/16/2022 | 8/11/2023 | 3801 |
| | | | 30060245349 | 9/19/2022 | 8/18/2023 | 901 |
| | | | 30060247410 | 9/15/2022 | 8/11/2023 | 3801 |
| | | | 30060270339 | 9/16/2022 | 8/11/2023 | 3801 |
| | | | 30060275668 | 9/18/2022 | 8/11/2023 | 3802 |
| | | | 30060284561 | 9/16/2022 | 8/11/2023 | 712 |
| | | | 30060304286 | 9/19/2022 | 8/18/2023 | 3004 |
| | | | 30060305960 | 9/19/2022 | 8/18/2023 | 3801 |

**SCHEDULE OF PROTESTS**

CEE008 Consumer Products and Mass Merchandising

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | 30060328400 | 9/20/2022 | 8/18/2023 | 901 |
| | | | 30060338607 | 9/19/2022 | 8/18/2023 | 3801 |
| | | | 30060370501 | 9/22/2022 | 8/18/2023 | 3802 |
| | | | 30060376813 | 9/27/2022 | 8/25/2023 | 3004 |
| | | | 30060420207 | 9/23/2022 | 8/18/2023 | 3801 |
| | | | 30060421296 | 9/26/2022 | 8/25/2023 | 901 |
| | | | 30060452655 | 9/24/2022 | 8/18/2023 | 901 |
| | | | 30060487768 | 10/19/2022 | 8/25/2023 | 3801 |
| | | | 30060547868 | 9/30/2022 | 9/1/2023 | 3801 |
| | | | 30060557065 | 9/29/2022 | 9/1/2023 | 901 |
| | | | 30060594266 | 10/2/2022 | 9/1/2023 | 3802 |
| | | | 30060594415 | 10/1/2022 | 9/1/2023 | 901 |
| | | | 30060598051 | 10/2/2022 | 9/1/2023 | 901 |
| | | | 30060657089 | 10/4/2022 | 9/1/2023 | 3802 |
| | | | 30060660331 | 10/4/2022 | 9/1/2023 | 3801 |
| | | | 30060669167 | 10/4/2022 | 9/1/2023 | 901 |
| | | | 30060674613 | 10/5/2022 | 9/1/2023 | 3802 |
| | | | 30060687813 | 10/4/2022 | 9/1/2023 | 901 |
| | | | 30060700376 | 10/6/2022 | 9/8/2023 | 3004 |
| | | | 30060706928 | 10/6/2022 | 9/8/2023 | 901 |
| | | | 30060718022 | 10/6/2022 | 9/8/2023 | 901 |
| | | | 30060732379 | 10/7/2022 | 9/8/2023 | 3801 |
| | | | 30060751544 | 10/9/2022 | 9/8/2023 | 901 |
| | | | 30060763796 | 10/7/2022 | 9/8/2023 | 3801 |
| | | | 30060779891 | 10/12/2022 | 9/8/2023 | 3801 |
| | | | 30060816099 | 10/11/2022 | 9/8/2023 | 901 |
| | | | 30060817154 | 10/12/2022 | 9/8/2023 | 3802 |
| | | | 30060825314 | 10/16/2022 | 9/15/2023 | 3802 |
| | | | 30060828557 | 10/12/2022 | 9/8/2023 | 3004 |
| | | | 30060832526 | 10/12/2022 | 9/8/2023 | 901 |
| | | | 30079564507 | 8/25/2022 | 7/28/2023 | 3801 |
| | | | 30079665924 | 8/27/2022 | 7/28/2023 | 3802 |
| | | | 30079804358 | 8/28/2022 | 7/28/2023 | 901 |
| | | | 30079813540 | 8/29/2022 | 7/28/2023 | 901 |
| | | | 30079878394 | 8/31/2022 | 7/28/2023 | 901 |
| | | | 30079913704 | 9/1/2022 | 7/28/2023 | 3801 |
| | | | 30079915550 | 9/1/2022 | 7/28/2023 | 3801 |
| | | | SCS30476850 | 7/15/2022 | 6/9/2023 | 901 |
| | | | SCS37832170 | 8/30/2022 | 7/28/2023 | 901 |
| | | | SCS42064033 | 9/25/2022 | 8/18/2023 | 901 |